NUMBER 13-01-610-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


ADELA DRYDEN , Appellant,


v.

JAMES D. DRYDEN , Appellee.

____________________________________________________________________


On appeal from the 148th District Court

of Nueces County, Texas.

____________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam



Appellant, ADELA DRYDEN , perfected an appeal from an order entered by the 148th District Court of Nueces County,
Texas, in cause number 01-3453-E . After the notice of appeal was filed, appellant notified this Court that the appeal
should be dismissed because the trial court ruled in appellant's favor.

Accordingly, having considered the documents on file, the Court is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.



PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 15th day of November, 2001 .